# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SEDRICK HILLS

NO. 2019 KW 1435

**OCTOBER 30, 2019**

---

In Re:    Sedrick Hills, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-14-0792.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

   **STAY DENIED. WRIT NOT CONSIDERED.** Counsel failed to include documentation of a timely request for a return date. See Uniform Rules of Louisiana Courts of Appeal, Rules 4-2 and 4-5. Counsel failed to inform this court of the status of the case, and he failed to comply with Rule 4-5(C)(5),(6),(8),(9), (10) and (11), by failing to include the assignments of errors, a copy of the judgment, a copy of the pleadings on which the ruling was founded, a copy of the bill of information, any opposition or a statement that no opposition was filed, the pertinent court minutes, and the notice of intent and return date order. Moreover, although it is not a violation of the Uniform Rules, we note that counsel failed to include a copy of a transcript of the proceedings at issue and a copy of any exhibits introduced at the hearing. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT